| Attorney or Party Name, Address, Telephone &amp; FAX Nos., State Bar No. &amp; Email Address<br><br>**Roland Kedikian**<br>**220 S Kenwood St # 310**<br>**Glendale, CA  91205-1671**<br>Phone: **(818) 409-8911**  Fax: **(818) 671-3207**<br>Email: **roland@kedikian.com**<br>Bar Number: **193164**<br><br><br>[  ] *Debtor(s) appearing without an attorney*<br>[X] *Attorney for Debtor(s)*  **Phan, Trung Kien** | FOR COURT USE ONLY |
|---|---|
| **United States Bankruptcy Court** |
| In re :<br>**Phan, Trung Kien**<br><br><br><br><br><br>Debtor (s). | CASE NO: **7**<br>CHAPTER<br><br>**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No Hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. [ X ] I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** *(Check only ONE box below):*

   [  ] **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

   [ X ] **I was not paid by an employer** because I was either self-employed only, or not employed.


Date

_06-04-19_           **Phan, Trung Kien**                                    _____
                     Printed name of Debtor 1                                Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                           Page 1                           **F 1002-1.EMP.INCOME.DEC**

2. [ ] I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date** *(Check only ONE box below):*

[ ] **I was paid by an employer**. Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

[ ] **I was not paid by an employer** because I was either self-employed only, or not employed.

Date

_____    _____    _____
                                                    Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                               Page 2                              F 1002-1.EMP.INCOME.DEC